

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-21-00216-CR |
| State, | § | Appeal from the |
| v. | § | 210th District Court |
| IVAN GABALDON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20210D02909) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time within which to file the brief until **November 23, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before November 23, 2022.

IT IS SO ORDERED this 14th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.